FILED

02/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0744

IN THE SUPREME COURT OF THE STATE OF MONTANA

No.23-0744

IN THE MATTER OF:

B.F.,

    Respondent and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 31, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 23 2024